UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-146-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| ERIC JEVONNE BENNETT | |

This matter is before the court on a letter it received 10 April 2017 from the Bureau of Prisons. (DE # 105.) The Clerk is DIRECTED to make the letter public on the docket and serve all counsel with copies of the letter. Within 10 days, counsel are DIRECTED to file a response to the letter.

This 26 April 2017.

_____
W. Earl Britt
Senior U.S. District Judge