UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-146-BR

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | ORDER |
| ERIC JEVONNE BENNETT | |

This matter is before the court on defendant's letter filed 9 February 2018. (DE # 112.) In that letter defendant inquires about the status of the court's response to the Bureau of Prisons ("BOP") letter dated 4 April 2017 and argues why his federal sentence should run concurrently with his state sentence. In the BOP's letter, the BOP inquired of the court's position regarding the retroactive designation of defendant's sentence of imprisonment. (DE # 105.) After seeking the input of the government's counsel and defendant's counsel, the court responded to the BOP's letter, stating that it is the court's intention that defendant's term of imprisonment run consecutive to the state sentence imposed in 2010. Defendant's counsel was served with a copy of the court's response. To the extent defendant's letter could be deemed a motion regarding the retroactive designation of his sentence of imprisonment, it is DENIED.

This 13 February 2018.

_____
W. Earl Britt
Senior U.S. District Judge