UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-146-1BR
No. 7:18-CV-80-BR

| | |
|---|---|
| ERIC JEVONNE BENNETT, | )
|         Petitioner, | ) |
| v. | )    ORDER |
| UNITED STATES OF AMERICA, | ) |
|         Respondent. | ) |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

This 16 May 2018.

                                                          W. Earl Britt
                                                      Senior U.S. District Judge